UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DANIEL ALVARADO GONZALEZ, | § | |
| | § | |
| Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. 2:23-CV-00264 |
| | § | |
| OSCAR RIVERA, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM & RECOMMENDATION

Before the Court is Magistrate Judge Jason Libby's Memorandum and Recommendation ("M&R"). (D.E. 18). The M&R recommends that the Court dismiss the case with prejudice for failure to state a claim and impose a 'strike' against Plaintiff for 28 U.S.C. § 1915(g) purposes. *Id.* at 1, 13.

The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); General Order No. 2002-13. No objection has been filed.[1] When no timely objection has been filed, the district court need only determine whether the Magistrate Judge's M&R is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam); *Powell v. Litton Loan Servicing, L.P.*, No. 4:14-CV-02700, 2015 WL 3823141, at *1 (S.D. Tex. June 18, 2015) (Harmon, J.) (citation omitted).

Having reviewed the proposed findings and conclusions of the Magistrate Judge, the filings of the parties, the record, and the applicable law, and finding that the M&R is not clearly erroneous

---

[1] The Court mailed a copy of the D.E. 18 M&R to Plaintiff when it was issued. *See* Docket Entry February 23, 2024. The Court then mailed the M&R again with a white card. *See* April 22, 2024 Docket Entry. This mail was returned as undeliverable. *See* (D.E. 19). The Court is unable to find an updated address for Plaintiff and Plaintiff has not provided one to the Court.

or contrary to law, the Court **ADOPTS** the M&R in its entirety. (D.E. 18). Accordingly, the Court **ORDERS** that this case be **DISMISSED with prejudice** for failure to state a claim. (D.E. 1). Further, the Court **INSTRUCTS** the Clerk of Court to send notice of this dismissal to the Manager of the Three Strikes List for the Southern District of Texas at Three_Strikes@txs.uscourts.gov.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
August 23rd, 2024